UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Denise Borsella and Barbara Spagna,<br>     Plaintiff(s), | CASE NO. CV 13-0538 LHK |
| v. | STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |
| Joie De Vivre Hospitality, Inc. individually<br>and dba JT Hospitality; Geolo Capital and<br>Carmel Valley Ranch<br>     Defendant(s).<br>_____/ | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:
  **Court Processes:**
   ☐ Non-binding Arbitration (ADR L.R. 4)
   ☐ Early Neutral Evaluation (ENE)  (ADR L.R. 5)
   ☒ Mediation (ADR L.R. 6)
*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

  **Private Process:**
   ☐ Private ADR (*please identify process and provider*) _____
_____

The parties agree to hold the ADR session by:
   ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

   ☒ other requested deadline ___By June 30, 2013_____

The parties further agree that the filing of this stipulation and the participation of the parties in mediation does not: (a) constitute a waiver of Defendants' right to petition the Court for an order compelling arbitration and staying these proceedings; and/or (b) constitute a waiver of Plaintiffs' right to oppose such a petition.

Dated: May 1, 2013            /s/ *Karen E. Ford*_____
                    Karen E. Ford, ESQ.
                    Attorney for Plaintiff

Dated: May 1, 2013            /s/ *Andrew J. Davis*_____
                    Andrew J. Davis
                    Attorney for Defendants

CONTINUE TO FOLLOWING PAGE

**[PROPOSED] ORDER**

    ☒    The parties' stipulation is adopted and IT IS SO ORDERED.
    ☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: May 13, 2013

*Lucy H. Koh*

UNITED STATES JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11

803386.1