1 Karen E. Ford Esq.
SW Ocean Ave & Mission, Suite 208
2 P.O. Box 287
Carmel-by-the-Sea, California 93921-0287
3 831-250-6433
Fax 831-250-6844
4 karen@fordslaw.com
SBN 88358
5 Attorney for Plaintiffs Denise Borsella and Barbara Spagna

# United States District Court
# Northern District of California

| | |
|---|---|
| Denise Borsella and Barbara Spagna, | Case No: _ CV 13-0538 HRL _____ |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL AND ORDER OF DISMISSAL** |
| vs. | |
| Joie De Vivre Hospitality, Inc. individually and dba JT Hospitality, Geolo Capital and Carmel Valley Ranch, | |
| Defendants | |

Notice of Dismissal - 1

Plaintiffs Denise Borsella and Barbara Spagna, pursuant to a settlement agreement between the parties, hereby request dismissal of this action with prejudice.

Dated this 29th day of October, 2013

Karen E. Ford Esq.
Attorney for Plaintiffs

**APPROVED AS TO FORM**

Dated: October 29, 2013                        FOLGER LEVIN LLP

/s/ *Andrew J. Davis*

Andrew J. Davis
Attorneys for Defendants

ORDER

Pursuant to the parties' settlement and the Plaintiffs' request for dismissal, this case is DISMISSED WITH PREJUDICE.

Dated: October ~~29~~ 30, 2013

*[Signature: Lucy H. Koh]*
United States Judge

818581.1

Notice of Dismissal - 2