Karen E. Ford Esq.
SW Ocean Ave & Mission, Suite 208
P.O. Box 287
Carmel-by-the-Sea, California 93921-0287
831-250-6433
Fax 831-250-6844
karen@fordslaw.com
SBN 88358
Attorney for Plaintiffs Denise Borsella and Barbara Spagna

# United States District Court
## Northern District of California

| | |
|---|---|
| Denise Borsella and Barbara Spagna, ) | Case No: _ CV 13-0538 HRL _____ |
| Plaintiffs, ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. ) | **AND ORDER OF DISMISSAL** |
| Joie De Vivre Hospitality, Inc. individually and dba JT Hospitality, Geolo Capital and Carmel Valley Ranch, ) | |
| Defendants ) | |

Notice of Dismissal - 1

Plaintiffs Denise Borsella and Barbara Spagna, pursuant to a settlement agreement between the parties, hereby request dismissal of this action with prejudice.

Dated this 29th day of October, 2013

——

Karen E. Ford Esq.
Attorney for Plaintiffs

**APPROVED AS TO FORM**

Dated: October 29, 2013

FOLGER LEVIN LLP

/s/ *Andrew J. Davis*

Andrew J. Davis
Attorneys for Defendants

ORDER

Pursuant to the parties' settlement and the Plaintiffs' request for dismissal, this case is DISMISSED WITH PREJUDICE.

Dated: October ~~29~~ 30, 2013

*Lucy H. Koh*

United States Judge

818581.1

Notice of Dismissal - 2